KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE FRANCISCO LEYVA and<br>JAMES EDWARDS,<br><br>    Defendants. | No. CR 05 671 WHA<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 14, 2005 TO NOVEMBER 22, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling an initial appearance before the district court on November 22, 2005 at 2:00P.M. before the Honorable William H. Alsup, and documenting the defendants' exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 14, 2005 to November 22, 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendants agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 14, 2005 to November 22, 2005, outweigh the best interest of the public and the defendants in a speedy trial. § 3161(h)(8)(A).

1    3. Accordingly, and with the consent of the defendants, the Court ordered that the period
2    from November 14, 2005 to November 22, 2005 be excluded from Speedy Trial Act calculations
3    under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: January 10, 2006                    _____/s_____
                                           DAVID FERMINO, ESQ.
                                           Attorney for Defendant Jose Francisco Leyva

DATED: January 10, 2006                    _____/s_____
                                           ERIK BABCOCK, ESQ.
                                           Attorney for Defendant James Edwards

DATED: January 10, 2006                    _____/s_____
                                           ROBERT DAVID REES
                                           Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/17/06                             _____
                                           HON. NANDOR VADAS
                                           United States Magistrate Judge