UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>JOSE FRANCISCO LEYVA,<br>　　　　Defendant.<br>_____ | D.C. No. CR 05-671-WHA<br>(San Francisco)<br><br>~~[PROPOSED]~~ **ORDER**<br><br>Judge: Hon. William H. Alsup |

For Good Cause Shown and for the reasons stated herein:

1. The hearing set for January 31, 2006 shall be continued to February 7, 2006 at 2:00 p.m.

2. The February 6, 2006 trial date is hereby vacated.

3. The Court finds that the ends of justice to be served by continuing the hearing now set for January 31, 2006 to February 7, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A). Accordingly, and with the consent of the defendant, the Court hereby orders that the Speedy Trial clock shall be tolled for the reasons stated above until February 7, 2006, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: January 30, 2006

_____
WILLIAM H. ALSUP
United States District Judge