1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant
5  JOSE FRANCISCO LEYVA

6

7              UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   D.C. No. CR 05-671-WHA
                                )   (San Francisco)
11         Plaintiff,            )
                                )   REQUEST TO ALLOW
12    vs.                       )   OUT OF STATE TRAVEL
                                )   FOR EMPLOYMENT TRAINING
13 JOSE FRANCISCO LEYVA,        )   AND [PROPOSED] ORDER
                                )
14         Defendant.            )
   _____)   Judge: Hon. Nandor J. Vadas
15

16     This Court released defendant Jose Leyva on an unsecured $15,000 personal

17 surety bond.  Among the pretrial release conditions imposed was the geographical

18 limitation to the Northern District of California.  Mr. Leyva has been supervised by

19 Pretrial Services, and is presently under the supervision of Pretrial Officer Michelle

20 Nero.  Mr. Leyva is employed as an independent contractor installing after market

21 electronics such as video, navigation systems, and sat tracking devices.

22     In order to obtain further training and familiarity with new products supplied

23 by one of his primary vendors, Sony, Mr. Leyva wishes to attend a business seminar

24 in South Beach, Florida presented by Sony.  The seminar, called the "Destination

25 Playstation," is an invitation-only seminar geared to train and educate sellers and installers

26 on Sony's new product lines.  Mr. Leyva seeks permission to attend five days – March 1

27

28                                    1

1  through 5, 2006 – (including travel) of this seven-day event.  This seminar will be
2  instrumental in training Mr. Leyva for continued employment in his field.
3       The pretrial services officer, Michelle Nero, has advised defense counsel that she
4  has not objection to modifying the terms of the release order to permit Mr. Leyva to travel
5  to Florida and attended this Sony training seminar, provided he advises Pretrial of the
6  details of his itinerary in advance.  The prosecutor, Robert Rees, has informed the
7  undersigned that he does not take a position on this request.

DATED: February 21, 2006                    /S/ Suzanne A. Luban
                                            SUZANNE A. LUBAN,
                                            Counsel for Defendant Leyva

2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>                        Plaintiff,     )<br>                                                      )<br>        vs.                                        )<br>                                                      )<br>JOSE FRANCISCO LEYVA,           )<br>                                                      )<br>                        Defendant.   )<br>_____) | D.C. No. CR 05-671-WHA<br>(San Francisco)<br><br><br><br>**[PROPOSED] ORDER**<br><br><br>Judge: Hon. Nandor J. Vadas |

For Good Cause Shown and for the reasons stated herein:

1. The conditions of pretrial release for Jose Leyva shall be modified to allow Mr. Leyva travel to Florida to attend a Sony training seminar from March 1 through 5, 2006, provided he advises Pretrial of the details of his itinerary in advance.

IT IS SO ORDERED.

DATED: 3/1/06

_____
HON. NANDOR J. VADAS
United States District Judge