UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | D.C. No. CR 05-671-WHA |
| | ) | (San Francisco) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | [PROPOSED] ORDER |
| JOSE FRANCISCO LEYVA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. William H. Alsup |

For Good Cause Shown, IT IS HEREBY ORDERED that:

1. The trial confirmation hearing set for April 4, 2006 shall be vacated;

2. Defendant's written notice of trial confirmation is accepted in lieu of a personal appearance to confirm for trial;

3. Trial is to commence on Monday, May 15, 2006 at 7:30 a.m. and the pretrial hearing shall be held on Monday, May 8, 2006 at 2:00 pm. as previously ordered; and

4. Defense counsel may be absent from trial on the morning of May 16, 2006 to attend a hearing at the Court of Appeals in another matter and the schedule shall be adjusted accordingly.

IT IS SO ORDERED.

DATED: 4/3/06

_____
WILLIAM H. ALSUP
United States District Judge