SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
JOSE FRANCISCO LEYVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE FRANCISCO LEYVA, ) <br> ) <br> Defendant. ) <br> _____ ) | D.C. No. CR 05-671-WHA <br> (San Francisco) <br><br> STIPULATION TO CONTINUE <br> SENTENCING HEARING <br> AND [PROPOSED] ORDER <br><br><br> Judge: Hon. William H. Alsup |

Defense counsel's previously unanticipated travel plans have created a schedule conflict on August 15, 2006, the date now set for sentencing. Therefore, the parties agree and stipulate that this Court shall enter an order continuing the sentencing from August 15 to the Court's criminal calendar on September 5, 2006 at 2:00 p.m. Defendant Leyva is currently out of custody on pretrial release. The probation officer is available on that date, as are both counsel.

    IT IS SO STIPULATED:

DATED: July 12, 2006                                 /S/ Suzanne A. Luban
                                                                         SUZANNE A. LUBAN,
                                                                         Counsel for Defendant Leyva

/ / / /
/ / / /
/ / / /

1

DATED: July 12, 2006          /S/ Robert D. Rees[1]
ROBERT DAVID REES
Assistant United States Attorney
Counsel for Plaintiff

_____

**ORDER**

For Good Cause Shown, IT IS HEREBY ORDERED that the sentencing hearing for defendant Jose Leyva shall be continued from August 15, 2006 to September 5, 2006 at 2:00 p.m.

Dated: __July 31_____, 2006

_____
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

          /S/   Suzanne A. Luban
SUZANNE A. LUBAN
Counsel for Defendant Leyva